UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

The United States,

   -vs-

**Daniel James Medina**                        **Docket No. 2:09-CR-0047 MCE**

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Daniel James Medina, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 28th day of January 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 1708 - Theft of U.S. Mail and Possession of Stolen U.S. Mail; and 18 USC 1028(a)(7) - Unlawful Possession of Means of Identification of Another

**BOND CONDITIONS**: The defendant was released on a $20,000 unsecured bond with Pretrial Services supervision and special conditions of release. Please see attachment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 11, 2009, after an altercation with another client, Mr. Medina was discharged from The Effort's residential treatment program.

**PRAYING THAT THE COURT WILL ORDER:** This matter placed on this court's calendar on **Thursday, February 12, 2009, at 2 p.m.** to address the allegations contained herein.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**     On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                          Respectfully submitted,

                                                          /s/ Steven J. Sheehan

                                                          Steven J. Sheehan
                                                          Pretrial Services Officer
                                                          February 12, 2009

**ORDER**

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

**X**     The Court hereby orders this matter placed on this court's calendar on **Thursday, February 12, 2009**, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

                                             Considered and ordered this 12th day of
                                             February, 2009, and ordered filed and
                                             made a part of the records in the above case.

                                             U.S. MAGISTRATE JUDGE

Pretrial Services Violation Petition - page 2
Daniel James Medina

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall participate in the substance abuse treatment program at The Effort, Inc., inpatient facility, and comply with the rules and regulations of the program.  You shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the pretrial services officer;
   a. A responsible person approved by Pretrial Services shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;

3. You are released to the third-party custody of your mother, Desiree Cleckley, upon successful completion of The Effort Residential Program and you shall reside at her residence and not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer.

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications.  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. Upon completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved and directed by the pretrial services officer;

9. Upon completion of the residential program, you shall seek and/or maintain employment and/or attend and participate in Adult School and provide verification monthly to Pretrial Services as directed;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You shall not possess any other identification other than your own;

12. You shall submit to DNA testing as directed by the United States Attorney's Office.

January 28, 2009