UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DANIEL JAMES MEDINA,<br><br>    Defendant.<br>_____/ | Case No. 2:09-cr-00047-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release DANIEL JAMES MEDINA, Case No. 2:09-CR-00047-MCE, as Charged in Count 1 of 18 U.S.C. section 1708 and Count 3 of 18 U.S.C. section 1028(a)(7), from custody for the following reasons:

    __X__    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $____

    _____    Unsecured Appearance Bond

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    __X__    (Other):

1. Defendant is released and sentenced to time served with three years of supervised release;
2. Defendant is released to the Effort Residential Program located in Sacramento, California.

Issued at Sacramento, California on May 21, 2009 at 9:20 a.m.

Dated: May 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE